FILED

10/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0098

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0098

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>THOMAS N. DIETRICH,<br><br>        Petitioner/Appellant,<br><br>and<br><br>JOHN H. GODBE,<br><br>        Respondent/Appellee. | **ORDER GRANTING**<br>**EXTENSION OF TIME** |

Upon consideration of Appellant's Motion for Extension of Time to File Reply Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Thomas N. Dietrich is granted an extension of time to and including November 23, 2020, within which to file his Reply Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2020